UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QG A4L INC., a Nevada corporation,<br><br>                                        Plaintiff,<br><br>v.<br><br>BROTHER APPLIANCES, a California corporation; and DOES 1–10,<br><br>                                        Defendants. | Case No.:  22-CV-1896 TWR (JLB)<br><br>**ORDER DISMISSING ACTION**<br><br>(ECF No. 6) |

Presently before the Court is Plaintiff QG A4L Inc.'s Notice of Voluntary Dismissal. (*See* ECF No. 6.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff's Notice, the Court **DISMISSES WITH PREJUDICE** all claims against Defendant Brother Appliances.  The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated:  April 3, 2023

Honorable Todd W. Robinson
United States District Judge